# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RAPHAEL ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:13-cv-00970-SKO PC<br><br>ORDER GRANTING REQUEST FOR RELIEF FROM RESPONDING TO COMPLAINT PENDING SCREENING AND FOR THIRTY-DAY EXTENSION OF TIME, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

     Plaintiff Sean Raphael Roberts, a state prisoner proceeding pro se, filed this civil action in Tuolumne County Superior Court on March 8, 2013.  Plaintiff seeks relief for the violation of his federal constitutional rights, which are redressable under 42 U.S.C. § 1983, and for violation of 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000).  Defendant Allen filed a notice of removal on June 21, 2013, following service of process effected on May 23, 2013.  28 U.S.C. § 1441(b).

     Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A.  Fed. R. Civ. P. 81(c)(2).  Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

///

///

1 | Defendant's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days**
2 | to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:  **June 26, 2013**                        **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE